# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MARTHA JAYNE CARY LIVING TRUST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank, *et al.*,<br><br>Defendants. | Case No. 1:17-cv-01661-LJO-EPG<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION**<br><br>(ECF No. 2) |

Plaintiffs The Martha Jayne Cary Living Trust and Mary J. Bryant commenced this action on December 11, 2017. (ECF No. 1.) Plaintiff Mary J. Bryant has filed an application to proceed *in forma pauperis*, (ECF No. 2), and has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiff Mary J. Bryant is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.

1

The complaint will be screened in due course and Plaintiffs will be served with the resulting order.

IT IS SO ORDERED.

Dated: **December 13, 2017**  /s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE